UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20050-CR-ZLOCH


UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                             **O R D E R**

JESUS ALFREDO ITRIAGO,

      Defendant.

_____/

    THIS MATTER is before the Court upon the Report And Recommendation (DE 15) filed herein by United States Magistrate Judge Patrick M. Hunt.  The Court has conducted a de novo review of the entire record herein and is otherwise fully advised in the premises.

    By Defendant's Motion To Dismiss Indictment (DE 10), Defendant Jesus Alfredo Itriago (hereinafter "Defendant") moves the Court to dismiss the indictment on the grounds that said indictment is defective for various reasons, and on the grounds that the Court lacks subject matter jurisdiction.  Defendant has not yet submitted himself to the Court's jurisdiction.  Defendant is a fugitive in Venezuela.  Thus, Magistrate Judge Hunt recommends in his Report And Recommendation (DE 15) that the Court apply the fugitive disentitlement doctrine to deny the instant Motion (DE 15) without prejudice.  In United States v. Shalhoub, the Eleventh Circuit held that it had no interlocutory jurisdiction to consider a defendant's appeal of the district court's denial of a motion for special appearance to seek dismissal of an indictment when a defendant was a fugitive.  855 F.3d 1255, 1262 (11th Cir. 2017).  In that case, the court also concluded that defendant was not entitled to a writ

of mandamus because even though he was residing outside of the United States and argued that he was not obligated to return, "That he does not want to submit himself to the jurisdiction of the federal courts does not make the legal remedies available to challenge his indictment inadequate." Id. at 1263. Here, Defendant may seek the remedy of dismissal of the indictment if he appears before the Court. The Court adopts Magistrate Judge Hunt's reasoning and conclusions.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Objection To Recommendation And Report (DE 16) be and the same is hereby **OVERRULED;**

2. The Report And Recommendation (DE 15) filed herein by United States Magistrate Judge Patrick M. Hunt be and the same is hereby approved, adopted, and ratified by the Court; and

3. Defendant's Motion To Dismiss Indictment (DE 10) be and the same is hereby **DENIED** without prejudice and with leave to refile once Defendant is properly within the jurisdiction of the Court.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____15th____ day of March, 2019.

_____
WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

The Honorable Patrick M. Hunt
United States Magistrate Judge

All Counsel of Record